IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RBC BANK (USA), | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 11-0210-CG-C |
| THE FUNK FAMILY PARTNERSHIP, LTD. #2, GULF SHORES GENERAL PRACTICE CENTER, P.C., UNLIMITED ACHIEVEMENTS OF ALABAMA, LLC, GREGORY S. FUNK, and DEBORAH FUNK, | ) |
| Defendants. | ) |

**ORDER**

Default judgment having been entered against The Funk Family Partnership, Ltd. #2, Gulf Shores General Practice Center, P.C., and Unlimited Achievements of Alabama, LLC on November 18, 2011 (Doc. 56), and as the bankruptcy stay pursuant to 11 U.S.C. § 362 remains in effect as to Gregory S. Funk and Deborah Funk, the clerk of court is directed to place this matter on the court's administrative docket.

The plaintiff shall notify the court within thirty (30) days of the resolution of bankruptcy proceedings, or of a lift of the stay, at which time this action will be reinstated to the court's active docket.

**DONE and ORDERED** this 28th day of November, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE