IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| PNC BAN, NATIONAL ASSOCIATION, | ) ) ) | | |
| Plaintiff, | ) ) | | |
| vs. | ) ) | CIVIL ACTION NO. 11-0210-CG-C | |
| THE FUNK FAMILY PARTNERSHIP, LTD. #2, et al., | ) ) ) | | |
| Defendants. | ) | | |

**ORDER**

The parties having filed a Joint Stipulation of Dismissal with Prejudice on January 9, 2015 (Doc. 71), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his, her, or its own costs and attorney's fees.

**DONE and ORDERED** this 13th day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE